■ PHINEAS H. RAFALOWITZ, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40391.) — AULISI, J. Appeal by claimant from a decision of the Court of Claims dismissing his claim for personal injuries. In our view the evidence was not entirely satisfactory and the case should be retried; and the questions of proximate cause, the State's liability, notice of the alleged unsafe condition of the highway, and the alleged contributory

negligence of the claimant be reassessed and redetermined. Judgment reversed, on the law and the facts and in the interests of justice, and a new trial ordered; without costs. Gibson, P. J., Reynolds, Taylor and Staley, Jr., JJ., concur.